COPY

1  JAMES K. HAHN (66073)
   City Attorney
2  CARMEL SELLA (162653)
   Special Assistant City Attorney
3  DON KASS (103607)
   Deputy City Attorney
4  MARK FRANCIS BURTON (127073)
   Deputy City Attorney
5  200 N. Main Street
   1600 City Hall East
6  Los Angeles, CA  90012
   Telephone:  213/485-4515
7
   Attorneys for Plaintiffs
8
   [Additional counsel appear on signature page.]
9

   FILED
   CLERK, U.S. DISTRICT COURT
   OCT  8 1999
   CENTRAL DISTRICT OF CALIFORNIA

   LODGED
   CLERK, U.S. DISTRICT COURT
   SEP - 9 1999
   CENTRAL DISTRICT OF CALIFORNIA
   BY              DEPUTY

   ENTERED
   CLERK, U.S. DISTRICT COURT
   OCT 14 1999
   CENTRAL DISTRICT OF CALIFORNIA
   BY              DEPUTY

10                 UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12                        WESTERN DIVISION
13
14 THE PEOPLE OF THE STATE OF    ) No. 99-08411-RSWL(AIJx)
   CALIFORNIA, et al.,           )
15                               ) [PROPOSED] ORDER GRANTING
                      Plaintiffs,) PLAINTIFFS' MOTION TO REMAND
16                               )
        vs.                      ) DATE:    October 4, 1999
17                               ) TIME:    9:00 a.m.
   ARCADIA MACHINE & TOOL, et al.,) CTRM:   Hon. Ronald S. W.
18                               )          Lew
                      Defendants.)
19 _____)

20  I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
    FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
21  (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
    RECORD IN THIS ACTION ON THIS DATE.
22  DATED: 10/M/99
23  DEPUTY CLERK

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

ENTERED ON ICMS
OCT 14 1999
CV

√ Docketed
√ Mld copy Ptys
√ Mld Notice Ptys
  JS-6

23

OCT 14 1999

1  Plaintiffs' Motion to Remand came on for hearing before the
2  Honorable Ronald S. W. Lew on October 4, 1999, in the above-
3  entitled court. Plaintiffs and Defendants appeared through their
4  respective counsel of record.
5  The Court, having read and considered the moving and opposing
6  papers and the arguments of counsel, rules that there is no basis
7  for federal jurisdiction over Plaintiffs' claims and therefore
8  grants Plaintiffs' motion to remand this action to state court.
9  IT IS SO ORDERED.

DATED: 10/7/99

RONALD S W LEW

The Honorable Ronald S. W. Lew
United States District Court
Judge

Submitted by:

JAMES K. HAHN
City Attorney
CARMEL SELLA
Special Asst. City Attorney
DON KASS
Deputy City Attorney
MARK FRANCIS BURTON
Deputy City Attorney

CARMEL SELLA

200 N. Main Street
1600 City Hall East
Los Angeles, CA 90012
Telephone: 213/485-4515

LEGRAND H. CLEGG II
Compton City Attorney
W.A.M. AL-HAQQ
Deputy City Attorney
P.O. Box 5118
205 South Willowbrook Avenue
Compton, CA 90220
Telephone: 310/605-5582

- 1 -

```
 1 | CHARLES E. DICKERSON III
   | Inglewood City Attorney
 2 | One Manchester Blvd., Suite 860
   | Inglewood, CA  90301
 3 | Telephone:  301/412-5372
 4 | MICHAEL JENKINS, ESQ.
   | City Attorney
 5 | City of West Hollywood
   | 333 South Hope Street
 6 | 38th Floor
   | Los Angeles, CA  90071
 7 |
   | MILBERG WEISS BERSHAD
 8 |   HYNES & LERACH LLP
   | PATRICK J. COUGHLIN
 9 | MICHAEL J. DOWD
   | FRANK J. JANECEK, JR.
10 | 600 West Broadway, Suite 1800
   | San Diego, CA  92101
11 | Telephone:  619/231-1058
12 | LIEFF, CABRASER, HEIMANN
   |   & BERNSTEIN, LLP
13 | RICHARD M. HEIMANN
   | ROBERT J. NELSON
14 | BARRY R. HIMMELSTEIN
   | PIERCE GORE
15 | MICHAEL W. SOBOL
   | 275 Battery Street, 30th Floor
16 | San Francisco, CA  94111-9333
   | Telephone:  415/956-1000
17 |
   | CENTER TO PREVENT HANDGUN VIOLENCE
18 | DENNIS A. HENIGAN
   | BRIAN J. SIEBEL
19 | JONATHAN E. LOWY
   | Legal Action Project
20 | 1225 Eye Street, N.W., Suite 1100
   | Washington, DC  20005
21 | Telephone:  202/289-7319
22 | BUSHNELL, CAPLAN & FIELDING, LLP
   | ALAN M. CAPLAN
23 | PHILIP NEUMARK
   | PAUL R. HOEBER
24 | 221 Pine Street, Suite 600
   | San Francisco, CA  94104-2715
25 | Telephone:  415/217-3800
26 | McCUE & McCUE
   | JONATHAN D. McCUE
27 | CHARLES T. McCUE
   | 600 West Broadway, Suite 930
28 | San Diego, CA  92101
   | Telephone:  619/338-8136
```

```
 1  COHEN, MILSTEIN, HAUSFELD
       & TOLL, P.L.L.C.
 2  STEVEN J. TOLL
    999 Third Avenue, Suite 3600
 3  Seattle, WA  98104
    Telephone:  206/521-0080
 4
    DAVID KAIRYS, ESQ.
 5  1719 North Broad Street
    Philadelphia, PA  19122
 6  Telephone:  215/204-8959

 7  RICHARDS, WATSON & GERSHON
    SAYRE WEAVER
 8  P.O. Box 1059
    Brea, CA  92822-0901
 9  Telephone:  714/990-0901

10  Attorneys for Plaintiffs
```

28  N:\CASES\GUNS-LA\KPS80065.ORD

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 600 West Broadway, Suite 1800, San Diego, California 92101.

2. That on September 8, 1999, declarant served the [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMAND by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of September, 1999, at San Diego, California.

*Marianne Maloney*
Marianne Maloney

-4-

GUNS-LA (FEDERAL)
Service List - 09/08/99
Page 1

COUNSEL FOR PLAINTIFF(S)

Alan M. Caplan
Philip Neumark
Paul R. Hoeber
BUSHNELL, CAPLAN & FIELDING, LLP
221 Pine Street, Suite 600
San Francisco, CA 94104-2715
 415/217-3800
 415/217-3820 (fax)

James K. Hahn
Carmel Sella
Don Kass
CITY ATTORNEYS OFFICE
200 N. Main Street
1600 City Hall East
Los Angeles, CA 90012
 213/485-4515
 213/847-3014 (fax)

Legrand H. Clegg II
W.A.M. Al-Haqq
CITY ATTORNEYS OFFICE
205 South WIllowbrook Avenue
Compton, CA 90220
 310/605-5582
 310/763-0895 (fax)

Michael Jenkins
CITY ATTORNEYS OFFICE (WEST HOLLYWOOD)
333 South Hope Street
38th Floor
Los Angeles, CA 90071
 213/626-8484
 213/626-0078 (fax)

Patrick J. Coughlin
Michael J. Dowd
Frank J. Janecek, Jr.
MILBERG WEISS BERSHAD HYNES & LERACH LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-5050
 619/231-1058
 619/231-7423 (fax)

Jonathan D. McCue
Charles McCue
MCCUE & MCCUE
600 West Broadway, Suite 930
San Diego, CA 92101
 619/338-8136
 619/338-0322 (fax)

Dennis A. Henigan
Brian J. Siebel
Jonathan E. Lowy
CENTER TO PREVENT HANDGUN VIOLENCE
Legal Action Project
1225 Eye Street, N.W., Suite 1100
Washington, DC 20005
 202/289-7319
 202/898-0059 (fax)

Charles E. Dickerson III
CITY ATTORNEYS OFFICE
One Manchester Blvd., Suite 860
Inglewood, CA 90301
 310/412-5372
 310/412-8865 (fax)

Sayre Weaver
RICHARDS, WATSON & GERSHON
P.O. Box 1059
Brea, CA 92822-1059
 714/990-0901
 714/990-6230 (fax)

Richard M. Heimann
Robert J. Nelson
Barry R. Himmelstein
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
 415/956-1000
 415/956-1008 (fax)

GUNS-LA (FEDERAL)
Service List - 09/08/99
Page 2

COUNSEL FOR DEFENDANTS

Brian A. Sun
O'NEILL LYSAGHT & SUN LLP
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
   310/451-5700
   310/399-7201 (fax)

Rex Heeseman
Lawrence J. Kouns
LUCE, FORWARD, HAMILTON &
  SCRIPPS
777 South Figueroa, 36th Floor
Los Angeles, CA 90017
   213/892-4992
   213/892-7731 (fax)

Steven A. Silver
LAW OFFICES OF STEVEN A. SILVER
1077 W. Morton, Suite C
Porterville, CA 93257
   559/782-1552
   559/782-0364 (fax)

\* Charles L. Colman III
HOLLAND & KNIGHT LLP
44 Montgomery Street, Suite 4050
San Francisco, CA 94104-4801
   415/743-6900
   415/743-6910 (fax)

Bradley T. Beckman
BECKMAN AND ASSOCIATES
1601 Market Street, Suite 2330
Philadelphia, PA 19103
   215/569-3096

Harold R. Mayberry, Jr.
MAYBERRY LAW FIRM
888 16th Street, N.W., Suite 700
Washington, DC 20006
   202/785-6677

William M. Griffin III
FRIDAY, ELDREDGE & CLARK
2000 First Commercial Bldg.
400 West Capitol
Little Rock, AR 72201
   501/376-2011
   501/376-2147 (fax)

James C. Sabalos
LAW OFFICE OF JAMES C. SABALOS
450 Newport Center Drive
Suite 530
Newport Beach, CA 92660
   714/755-0194
   714/755-0195 (fax)

Timothy A. Bumann
BUDD LARNER GROSS ROSENBAUM
  GREENBERG & SADE
127 Peachtree Street, N.E.
Suite 715
Atlanta, GA 30303
   404/688-3000
   404/688-0888 (fax)

John F. Renzulli
RENZULLI & RUTHERFORD, LLP
300 East 42nd Street
New York, NY 10017
   212/599-5533
   212/599-5162 (fax)

Robert M. Anderson
WILSON ELSER MOSKOWITZ EDELMAN
  & DICKER, LLP
1055 West 7th Street, Suite 2700
Los Angeles, CA 90017
   213/624-3044
   213/624-8060 (fax)

E. Gordon Haesloop
BARTLETT MCDONOUGH BASTON &
  MONAGHAN
300 Old Country Road
Mineola, NY 11501
   516/877-2900

GUNS-LA (FEDERAL)
Service List - 09/08/99
Page   3


COUNSEL FOR DEFENDANTS

James R. Branit
BOLERO & CARTON, CHTD.
200 N. La Salle Street
Suite 2500
Chicago, IL  60601
  312/831-1000

Scott L. Braum
CHERNESKY, HEYMAN & KRESS,
  P.L.L.
1100 Courthouse Plaza S.W.
Dayton, OH  45401-2849
  937/449-2849

Burton C. Jacobson
LAW OFFICE OF BURTON C.
  JACOBSON
424 South Beverly Drive
Beverly Hills, CA  90217-4414

David R. Gross
BUDD LARNER GROSS ROSENBAUM
  GREENBERG & SADE
150 JFK Parkway
Short Hills, NJ  07078
  973/379-4800

Timothy Atwood
LAW OFFICE OF TIMOTHY ATWOOD
273 Canal Street
Shelton, CT  06484
  203/924-4464


\* Denotes service via Federal Express